AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

WESTON EDWARD SIREX,

      Petitioner,    JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER:  **3:05-cv-00246-PMP-VPC**

LENARD VARE, et al.,

      Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Petitioner Weston Sirex' Amended Petition for Writ of Habeas Corpus (#28) is DENIED.

  January 25, 2008                        **LANCE S. WILSON**
                                                           Clerk

                                                  /s/ Daniel R. Morgan
                                                     Deputy Clerk